# UNITED STATES DISTRICT COURT

## District of Minnesota



UNITED STATES OF AMERICA

v.

Peteris Sahurovs

To:  The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

1141-0519-1302-J

CASE NUMBER: CR 11-177(1) ADM/JJG

**RECEIVED**

**JUN 27 2017**

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY COMMANDED to arrest:   Peteris Sahurovs
a/k/a "Piotrek", "Sagade"

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:
    Count 1, 2 - Wire Fraud, 18:1343 and 2
    Count 3 - Conspiracy to Commit Wire Fraud, 18:1349
    Count 4 - Unauthorized Access to a Protected Computer, 18:1030(a)(5)(A)

Ordered by:        Joan N. Ericksen, United States District Court Judge.

_____        May 17, 2011 at Minneapolis, MN
(By)        Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____        Date of Arrest: _____

_____        _____
Name and Title of Arresting Officer        Signature of Arresting Officer

ARRESTED ON 6/9/17
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

**SCANNED**
**JUN 30 2017**
U.S. DISTRICT COURT MPLS

criminalwarrant.frm        DC Modified 5/17/07