UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>PETERIS SAHUROVS,<br><br>          Defendant. | Criminal No. 11-177 (ADM/HB)<br><br>**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Peteris Sahurovs, the defendant in this case, agree to the following statement of facts in support of my motion to continue the motion filing date and motion hearing and exclude time under the Speedy Trial Act.

My attorney needs additional time to review the discovery and review the discovery with me through an interpreter. As such, I request that the period of time from now until October 30, 2017 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: July 11, 2017

_____
PETERIS SAHUROVS
Defendant

Dated: July 11, 2017

_____
MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415